# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156522

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v                                                   SC: 156522
                                                    COA: 331478
                                                    Wayne CC: 15-006214-FC

DEZMEN FAQUA,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the July 27, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2018



Clerk

d0321